■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TURNER, Appellant. (Appeal No. 2.) [713 NYS2d 889] —Judgment unanimously affirmed. Memorandum: Defendant contends that his waiver of the right to a jury trial was not knowing and voluntary because County Court indicated that it "might be more open to a self defense claim than a jury". That contention is not preserved for our review (*see,* CPL 470.05 [2]; *People v White*, 262 AD2d 590, *lv denied* 93 NY2d 1029; *see also, People v Forbes*, 248 AD2d 552, *lv denied* 92 NY2d 852) and, in any event, lacks merit (*see, People v Gelman,* 93 NY2d 314, 320-321). (Appeal from Judgment of Monroe County Court, Bristol, J.—Assault, 2nd Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.